UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

APR 28 2016

RECEIVED

FILED  APR 28 2016

CLERK

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

ORIGINAL

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Independent Producers Group<br><br>　　　　Appellants,<br>v.<br><br>The Librarian of Congress and<br>　　The Register of Copyrights<br><br>　　　　Appellees. | Case No. __16-1129__ |

## NOTICE OF APPEAL

Pursuant to Section 803(d) of the Copyright Act of 1976, as amended by the Copyright Royalty and Distribution Reform Act of 2004, 17 U.S.C. § 803, and Rule 15 of the Federal Rules of Appellate Procedure, Independent Producers Group ("IPG") hereby appeals the order of the Copyright Royalty Board ("CRB") dated March 22, 2016 (and attached hereto as Exhibit A) in Docket No. 2008-02 CRB CD 2008-03 (Phase II). Specifically, in the March 22, 2016 Order, the CRB issued its "Final order of distribution (Program Suppliers category)" wherein the CRB Judges make express reference to their reliance on "the Licensing Division calculations," however such calculations were not included as part of the order. Therefore, IPG appeals the March 22, 2016 Order on the grounds that the CRB

1

violated 5 U.S.C. § 706 by failing to include the calculations which are the basis for the Order.

                                                Respectfully submitted,

April 28, 2016                                           _____/s/_____
                                                     Brian D. Boydston, Esq.
                                                     PICK & BOYDSTON, LLP
                                                     10786 Le Conte Ave.
                                                     Los Angeles, CA  90024
                                                     Phone: 213-624-1996
                                                     Fax: 213-624-9073

                                                     Attorneys for
                                                     Independent Producers Group
                                                     And Independent Producers Group
                                                     Represented Program Suppliers

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2016, a copy of the foregoing was sent by overnight mail to the parties listed on the attached Service List.

_____/s/_____
Brian D. Boydston

**MPAA-REPRESENTED PROGRAM SUPPLIERS:**

Gregory O. Olaniran, Esq.
Lucy Holmes Plovnick Esq.
Mitchell, Silberberg & Knupp LLP
1818 N Street, N.W., 8th Floor
Washington, D.C. 20036

**Settling Devotional Claimants:**

Clifford M. Harrington
Pillsbury, Winthrop, et al.
P.O. Box 57197
Washington, D.C. 20036-9997

**JOINT SPORTS CLAIMANTS**

Robert Alan Garret, Esq.
Sean Laane., Esq.
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, D.C. 20004-1206

# EXHIBIT A

## UNITED STATES COPYRIGHT ROYALTY JUDGES
### The Library of Congress

| | |
|---|---|
| *In re* <br> Distribution of 2000, 2001, 2002 and 2003 Cable Royalty Funds | Docket No. 2008-02 CRB CD 2000-03 <br> (Phase II) |

## FINAL ORDER OF DISTRIBUTION
### (Program Suppliers Category)

The captioned consolidated royalty distribution proceeding concluded on August 14, 2015, when the United States Court of Appeals for the D.C. Circuit issued a mandate relating to their June 30, 2015, order affirming the distribution shares for claimants in the Program Suppliers category as determined by the Copyright Royalty Judges (Judges). After the mandate, the Judges received filings from Worldwide Subsidy Group dba Independent Producers Group (IPG) and the Motion Picture Association of America (MPAA) contesting the appropriate methodology for distribution of the remaining royalty funds on deposit.

By order dated November 25, 2015, the Judges directed MPAA to provide historical context from which the Judges and the Licensing Division of the Copyright Office could distribute accurately the funds, taking into account prior partial distributions, fund growth through accrued interest, and deductions for Licensing Division costs. MPAA provided the necessary information on December 7, 2015. The Licensing Division staff provided accounting services to assure accurate distribution in accordance with the Judges' orders.

The Licensing Division calculated that, as of February 17, 2016, the total distribution to IPG for each royalty year should be:

| | |
|---|---|
| 2000 | $ 617,719 |
| 2001 | 164,203 |
| 2002 | 197,725 |
| 2003 | 125,884 |
| Total | $1,105,531 |

Now, therefore, the Judges hereby **ORDER** that the Licensing Division make final distribution to IPG in the amounts listed, adjusted if necessary to reflect interest accrued or costs incurred from and after February 17, 2016, to the date of distribution.

The Judges **FURTHER ORDER** that the Licensing Division distribute simultaneously the remaining funds in the Program Suppliers category for royalty years 2000, 2001, 2002, and 2003, inclusive, to MPAA.

The Judges **FURTHER ORDER** that IPG and MPAA provide to the Licensing Division all necessary and pertinent information to facilitate the transfer by March 31, 2016.

**SO ORDERED.**

*[signature]*
Suzanne M. Barnett
Chief Copyright Royalty Judge

DATED: March 22, 2016